UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLIFTON CHRISTOPHER SAWYER, <br><br> Petitioner, <br><br> v. <br><br> JAMES YATES, <br><br> Respondent. | No. CV 10-03044-SJO (VBK) <br><br> JUDGMENT |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 6/7/11

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE